# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

VERONICA RAQUEL GENAO
RODRIGUEZ,

                Plaintiff,                              20 **CIVIL** 6829 (JLC)

        -v-                                      **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 15, 2021, Rodriguez's motion for judgment on the pleadings is granted, the Commissioner's cross-motion is denied, and the case should be remanded pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ should explicitly consider all of the *Burgess* factors in determining the weight to assign to the medical opinions in the record, especially those of Drs. Canetti and Golden. After giving the appropriate weight to each medical opinion and to Rodriguez's subjective statements, the ALJ should also reassess Rodriguez's RFC. Judgment is entered for Rodriguez.

Dated: New York, New York
            November 15, 2021

                                                    **RUBY J. KRAJICK**

                                                      Clerk of Court

                                  BY:

                                                       Deputy Clerk